GABROY LAW OFFICES
Christian Gabroy (#8805)
Ivy Hensel (#13502)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*ATTORNEY FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA OLSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY SURGERY CENTER, LLC., a Nevada limited liability company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No: 2:15-cv-00080-RFB-VCF<br><br>[PROPOSED] **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Plaintiff, Marlena Olson, by and through her attorneys of record, Christian Gabroy, Esq. and Ivy Hensel, Esq. of Gabroy Law Offices, and Defendant Spring Valley Surgery Center, LLC, by and through its attorneys of record, do hereby stipulate and agree that the current discovery cutoff date of **November 17, 2015** be continued for a period of sixty (60) days up to and including **January 18, 2015**. This is the second request to extend discovery in this matter.

**1. DISCOVERY COMPLETED TO DATE:**

The parties exchanged their initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A) on March 5, 2015. Defendant supplemented its initial disclosures on April 17, 2015. Both parties have propounded written discovery that has been answered. In

addition, the parties have met and conferred regarding discovery responses.

**2. DISCOVERY YET TO BE COMPLETED:**

Plaintiff anticipates that another meet and confer conference will take place. Both parties anticipate conducting depositions, including the possible depositions of third-party witnesses who are not under the control of any of the parties in this litigation. The anticipated depositions have not been completed. Defendant anticipates taking the deposition of Plaintiff and her physicians and Defendant will make a determination thereafter as to the necessity of taking additional percipient and/or witness depositions. Plaintiff anticipates taking the deposition of numerous witnesses that may include Dr. Godwin Maduka, Mary Valarde, Michele Coleman, Allison Roe, Michelle Wray, Lauren Leventer, Sonia Hooker, Paul Shubert, and the person most knowledgeable of Spring Valley Surgery Center, LLC.

**3. REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED:**

An extension is necessary because the parties will likely engage in additional meet and confer conferences regarding written discovery responses and require additional time to schedule and conduct depositions. Further, Plaintiff's counsel's daughter was born and, in addition, Plaintiff's counsel has recently undergone a surgical back procedure. Accordingly, additional time is needed to meet and confer regarding discovery responses and to take the depositions noted above prior to the discovery cutoff. As such, a sixty (60) day extension is requested.

For these reasons, the parties request that the dates set forth in the Court's Order extending discovery deadlines be extended by sixty (60) days and that the scheduling Order be amended as follows:

**4. REVISED DISCOVERY PLAN:**

1. Discovery Cut Off Date.

    The close of the discovery period shall be extended sixty days from November 17, 2015 to January 18, 2015⁶. (January 16, 2015 falls on a Saturday.)

2. Amending the Pleadings and Adding Parties.

    The deadline to amend the pleadings and add parties has closed.

3. Interim Status Report.

    The deadline to file interim status report shall be extended from September 20, 2015 to November 19, 2015.

4. Expert Witness Disclosures.

    a. Initial Expert Disclosures.

    The deadline to disclose initial expert disclosures shall be extended from October 18, 2015 to December 17, 2015.

    b. Rebuttal Expert Disclosures.

    The deadline to disclose rebuttal expert disclosures shall be extended from October 18, 2015 to December 17, 2015.

5. Dispositive Motions.

    The dispositive motion date shall be extended by sixty days from December 17, 2015 to February 15, 2016.

6. Extensions or Modifications of the Discovery Plan and Scheduling Order.

    Under Local Rule 26-4, any request to extend discovery deadlines must be made 21 days prior to the expiration of the subject deadline.

7. <u>Pre-trial Order</u>.

The deadline to file joint pre-trial order (if no dispositive motions are pending before the Court) shall be extended from January 17, 2016 to March 17, 2016.

DATED this 12th day of October 2015.

| GABROY LAW OFFICES | MORRIS POLICH & PURDY LLP |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (Bar No. 8805)<br>Ivy Hensel (Bar No. 13502)<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>Email: christian@gabroy.com<br>     ivyhensel@gabroy.com | By: /s/ Deanna Forbush<br>Deanna L. Forbush (Bar No. 6646)<br>Sunethra Muralidhara (Bar No. 13549)<br>500 South Rancho Drive, Suite 17<br>Las Vegas, Nevada 89106<br>Email: dforbuch@mpplaw.com<br>     smuralidhara@mpplaw.com |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: October 13, 2015