DEANNA L. FORBUSH
Nevada Bar No. 6646
MORRIS POLICH & PURDY LLP
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
Telephone:      (702) 862-8300
Facsimile:      (702) 862-8400
DForbush@mpplaw.com

*Attorneys for Defendant*
*SPRING VALLEY SURGERY CENTER, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLENA OLSON, an individual, | Case No.: 2:15-cv-00080-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SPRING VALLEY SURGERY CENTER, LLC., a Nevada limited liability company; EMPLOYEES(S)/ AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, Christian Gabroy, Esq. and Ivy Hensel, Esq. of Gabroy Law offices, on behalf of Plaintiff MARLENA OLSON, and Deanna L. Forbush, Esq. of Morris Polich & Purdy LLP, on behalf of Defendant SPRING VALLEY SURGERY CENTER, LLC, a Nevada limited liability company, that this action be dismissed, in its entirety, with prejudice.

///
///
///
///
///
///

1   Each party respectively bearing its/her own costs and attorneys' fees.

2   IT IS SO STIPULATED on this 16th day of March, 2016.

3

**GABROY LAW OFFICES**                    **MORRIS POLICH & PURDY LLP**

4

5

6   By:                                   By:
    CHRISTIAN GABROY                          DEANNA L. FORBUSH
7   Nevada Bar No. 8805                       Nevada Bar No. 6646
    IVY HENSEL                                500 South Rancho Drive, Suite 17
8   Nevada Bar No. 13502                      Las Vegas, Nevada 89106
    The District at Green Valley Ranch        E-mail:    dforbush@mpplaw.com
9   170 S. Green Valley Parkway, Suite 280    Attorneys for Defendants
    Henderson, Nevada 89012                   *SPRING VALLEY SURGERY CENTER, LLC*
10  Email:   christian@gabroy.com
11           ivyhensel@gabroy.com
    Attorneys for Plaintiff
12  *MARLENA OLSON*

13

14

15                          **ORDER**

16

17      **IT IS SO ORDERED**.

18
                              RICHARD F. BOULWARE, II
19                            United States District Judge

20
                              DATED:    March 22, 2016.
21

22

23

24

25

26

27

28